UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                Case No. 3:20-cr-133

vs.

DAVID LEE HARGROVE,              District Judge Michael J. Newman

    Defendant.

_____

**ORDER AFFIRMING THE NEED FOR AN EVIDENTIARY HEARING**
_____

       This criminal case is before the Court on Defendant's motion to suppress. Doc. No. 20. The government filed a memorandum in opposition. Doc. No. 22. Thereafter, Defendant filed a reply. Doc. No. 24. The government argues that Defendant has not satisfied the essential requirements necessary to obtain a *Franks* hearing, and that this matter should be resolved absent an evidentiary hearing. *Franks v. Delaware,* 438 U.S. 154 (1978). The Court finds that an evidentiary hearing is warranted in this case. This finding, however, does not preclude the parties from raising arguments under *Franks* in their post-hearing memoranda. Accordingly, the Court will set this case for an in-person, in-court hearing as soon as the Court is re-opened.

    **IT IS SO ORDERED.**

Date:  March 19, 2021                             s/ Michael J. Newman
                                                                Hon. Michael J. Newman
                                                                United States District Judge